IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| DALE J. RICHARDSON,<br>    APPLICANT, | § § § | |
| V. | § § | A-21-CV-794-RP |
| OFFICER BLEVINS, et al.<br>    RESPONDENTS. | § § § | |

**FINAL JUDGMENT**

Before the Court is the above-entitled cause. Upon review of the entire case file and this Court's order which denied and dismissed Dale J. Richardson's "Criminal Complaint Pursuant to Article 13 of the Convention Against Torture and Rule 3 of the Federal Rules of Criminal Procedure and an Ex Parte Motion for Relief Pursuant to 18 U.S.C. § 3771(d)(3)," the Court renders the following Final Judgment pursuant to Federal Rule of Civil Procedure 58.

It is hereby **ORDERED** that Dale J. Richardson's "Criminal Complaint Pursuant to Article 13 of the Convention Against Torture and Rule 3 of the Federal Rules of Criminal Procedure and an Ex Parte Motion for Relief Pursuant to 18 U.S.C. § 3771(d)(3)" is **DENIED** and this action is **DISMISSED WITHOUT PREJUDICE** for lack of jurisdiction.

It is finally **ORDERED** that the above entitled cause of action is hereby **CLOSED**.

**SIGNED** on September 18, 2021.

ROBERT PITMAN
UNITED STATES DISTRICT JUDGE